# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND YOWELL,<br><br>                        Plaintiff,<br><br>v.<br><br>THE BUREAU OF FISCAL SERVICE, *et al.*,<br><br>                        Defendants. | Case No. 3:21-CV-0288-MMD-CLB<br><br>**ORDER DENYING MOTION TO ORDER U.S. MARSHAL TO SERVE DEFENDANTS AND GRANTING MOTION FOR EXTENSION OF TIME**<br><br>[ECF Nos. 7, 8] |

Plaintiff Raymond Yowell ("Yowell") initiated this action on June 30, 2021 by filing a complaint and paying the full filing fee. (ECF Nos. 1, 2.) Yowell now seeks an order directing the U.S. Marshal to serve his complaint. (ECF No. 7.) Yowell paid the filing fee and is not proceeding *in forma pauperis* in this action; therefore, the motion to order the U.S. Marshal to serve the complaint, (ECF No. 7), is **DENIED**.

Yowell's motion for an extension of time to complete service, (ECF No. 8), is **GRANTED**. Yowell shall have until **January 10, 2022** to complete service of process in any manner prescribed in Fed. R. Civ. P. 4(i).

IT IS SO ORDERED.

DATED: November 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE