Raymond D. Yowell
H. C. 30 Box 272
Spring Creek, Nv. 89815
775-744-4581

FILED ✓     RECEIVED ___
ENTERED ___     SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 1 0 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: SR    DEPUTY

In the United States District Court
for the District of Nevada

"NO COPY"

| | |
|---|---|
| Raymond D. Yowell,<br>Plaintiff<br>vs.<br>The Bureau of the Fiscal Service<br>and<br>The Comptroller General of the<br>Unites States,<br>Defendants. | Case no. 3: 21-cv-00288-MMD-CLB<br><br>Motion to inform the Court of<br>Plaintiffs actions to serve the<br>summons on the Defendants. |

Comes now Raymond D. Yowell, the Plaintiff, by and thru him self, Pro Se, and files this motion informing the Court of his actions in trying to serve the summons on the Defendants of this Case.

On the date of Nov. 1-2021, the Plaintiff filed a motion to the Court for an enlargement of time of sixty days on his Case.

The Court granted the motion for an enlargement of time to Jan., 10, 2022.

Process Sever, One Source Process, LLC, located in Washington D. C. does all of its business thru E-Mail.

The Plaintiff does not have E-Mail. The Plaintiffs monetary income is confined to the fixed sum of $1,062.14 a month and is maxed out all of the time with paying for his monthly living expenses thereby making it impossible to pay the additional cost of having to pay for E-Mail.

The Plaintiff, on the date of 12- 15- 2021, thru another party that has E-Mail, hired One Source Process, LLC, to serve the summons on the Defendants. ( See Plaintiffs exhibit no. 1, payment completed to One Source Process, LLC ).

On the date of 1-6-2022, the Plaintiff received two documents from the One Source Process, LLC. One the proof of service form stating that they were not able to serve the Bureau of the Fiscal Service due to the building being sold and not being able to find the new address for them. ( See Plaintiffs exhibit no. 2 ). The other document was an affidavit, 642404, stating that they had sent by U. S. mail via Certified Mail back on Dec. 20, 2021 to the Comptroller General of the United States and that the mail service in D.C. was bad and that the service of summons documents had not been delivered. ( See Plaintiffs exhibit no. 3 ).

There being two working days left before the enlargement of time granted by the Court runs out, it is pursuant to that fact that the Plaintiff is filing this motion to let the Court know

Page 1.

that he has tried to have the summons served on the Defendants.

Respectfully submitted,

*Raymond D. Yowell*

Raymond D. Yowell, Plaintiff Pro Se.
H. C. 30 Box 272
Spring Creek, Nv. 89815
Ph. 775-744-4381

Page 2.

Prepared on Jan. 7, 2022.

## CERTIFICATE OF SSERVICE

I, Raymond D. Yowell, the Plaintiff in Case no. 3:21-cv-00288-MMD-CLB, hereby certify under penalty of perjury, that on this __7TH__ day of __JAN.__ 2022, I caused to be placed in the United States mail copies of my motion explaining my actions on trying to serve the summons on the Defendants of my Case to the entities listed below.

Attorney General of the United States
U. S. Department of Justice
950 Pennsylvania Avenue, N. W.
Washington D. C. 20530-0001

The United State Attorney
400 South Virginia Street
Suite 900
Reno, Nv. 89501

The Bureau of the Fiscal Service
P. O. Box 1686
Birmingham, Al. 35201-1686

The Comptroller General of
the United States
441 G. Street, N. W.
Washington D. C. 20548

Signed,
Raymond D. Yowell

*Raymond D. Yowell*

H. C. 30 Box 272
Spring Creek, Nv. 89815
Ph. 775-744-4381

Prepared on Jan. 7, 2022

Page 4.

EXHIBIT
No. 1



Civil Action No. 3:21-cv-00288

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>The Bureau of the Fiscal Service Liberty Center Building</u> was received by me on *(date)* <u>Dec 6, 2021, 10:26 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>The Bureau of Fiscal Services no longer occupies the requested address, and their current address is unknown. The building was recently sold to new ownership.</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/3/2022

*Chris Mills*
Server's signature

Chris Mills
Printed name and title

130 Inverness Plaza, #500, Birmingham, AL 35242
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Dec 17, 2021, 1:10 pm CST at 190 Vulcan Rd, Birmingham, AL 35209
The Bureau of Fiscal Services no longer occupies the requested address, and their current address is unknown. The building was recently sold to new ownership.

EXHIBIT No. 3



## Affidavit 6424041 The Bureau of the Fiscal Service Liberty Center Building
1 message

**Process Service** <service@onesourceprocess.com>     Thu, Jan 6, 2022 at 1:38 PM
To: Amanda Gettings <sftribalservices@gmail.com>

You would have to submit a new order with the correct address for service in order for us to try again. Unfortunately there is no refund that applies to a service that has already been attempted. There would be an additional fee involved to serve the new address.

For the Comptroller, we did mail the documents via Certified Mail back on Dec 20th, however the mail service here in DC is terrible and they still have not been delivered. If you look at the tracking, you will see the delays. The tracking number is 70202450000084993227. We typically wait until the documents have been delivered to prepare an affidavit, but we can provide you with one without the delivery information listed on it if you would like. Please advise as to how you would like to proceed in regards to this matter.

Thank you,

Andrew Vita

**Service of Process | One Source Process, LLC**
**P: (800)668-5448 | F: (202)449-4115 | www.onesourceprocess.com**
**1133 13th St NW, Ste C4, Washington, DC 20005**

[Quoted text hidden]



Ray Yowell
HC 30 Box 272
Spring Creek, NV 89815

7021 0350 0000 7235 6603

CERTIFIED MAIL

Clerk, U. S. District Court
District of Nevada
400 South Virginia St. Rm. 301
Reno, Nevada, 89501

XRAYED US MARSHALS SERVICE

U.S. POSTAGE PAID
FCM LG ENV
ELKO, NV
89801
JAN 07 '22
AMOUNT
$8.16
R2304E105820-02

89501