Clerk, U. S. District Court  Feb. 22, 2022
District of Nevada
400 South Virginia St. Rm. 301
Reno, Nevada, 89501

Dear Clerk,

This concerns Case no. 3:21 – cv – 00288 – MMD – CLB

On Feb. 8, 2022, I sent, by certified mail and return receipt, copies of the summons and complaint to the Nevada United States Attorney and the Attorney General of the United States in Washington, D. C.

By the date of Feb. 22, 2022, I have received the return receipts from both U. S. Government entities showing that they have signed for the documents.

I have enclosed copies of these certified mail return receipts with this. If you want the original return receipts let me know and I will send them by U. S. mail to you.

Signed,

*Raymond O. Yowell*

Raymond D. Yowell, Plaintiff
H. C. 30 Box 272
Spring Creek, Nv. 89815
Ph. 775-744-4381

```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        FEB 28 2022

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

"NO COPY"

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Reno, NV 89501

Certified Mail Fee $3.75
$ $3.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.76
$
Total Postage and Fees $8.56

Postmark Here 02/08/2022

Sent To U.S. ATTORNEY
Street and Apt. No., or PO Box No. 400 So. VIRGINIA ST. SUITE 900
City, State, ZIP+4® RENO, NV. 89501

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0350 0000 7237 7158

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES ATTORNEY
400 So. VIRGINIA ST.
SUITE 900
RENO, NV. 89501

9590 9402 6658 1060 1280 87

2. Article Number (Transfer from service label)
7021 0350 0000 7237 7158

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2/16/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

Certified Mail Fee: $3.75
$3.05

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.76

Total Postage and Fees $8.56

Postmark Here 02/08/2022

Sent To: ATTORNEY GENERAL OF THE U.S.
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE., N.W.
City, State, ZIP+4®: WASHINGTON, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 0350 0000 7237 7141

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
ATTORNEY GENERAL OF THE UNITED STATES
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE.
N.W.
WASHINGTON, D.C. 20530-0001

9590 9402 6658 1060 1280 63

2. Article Number (Transfer from service label)
7021 0350 0000 7237 7141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

FEB 1 8 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Mr. Ray Yowell
HC 30 Box 272
Spring Creek, NV 89815

Clerk, U.S. District Court
District of Nevada
400 South Virginia St. Rm. 301
Reno, Nevada, 89501

U.S. POSTAGE PAID
FCM LG ENV
SPRING CREEK, NV
89815
FEB 23, 22
AMOUNT
$1.16
R2304N117099-04