CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Raymond D. Yowell,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>The Bureau of the Fiscal Service and the United States Comptroller General,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00288-ART-CLB<br><br>**Notice of Failure to Respond to Motion to Dismiss** |

　　　　The United States hereby gives notice that pro se Plaintiff Raymond Yowell has failed to file an opposition or other response to the United States' Motion to Dismiss (ECF No. 15).

　　　　The United States filed the motion on April 11, 2022. (ECF No. 15.) On April 12, 2022, the Court issued a Minute Order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* and ordered Plaintiff to file a response within 14 days of the order. (ECF No. 16.) Even when allowing three additional days for mailing under Fed. R. Civ. P. 6(d), Plaintiff's response would have been due on April 29 at the latest. The time within which a timely response could be filed has expired, and the time has not been extended nor has such an extension been requested.

　　　　Pursuant to Local Rule 7-2(d), Plaintiff's failure to file such a response "constitutes a consent to the granting of the motion." Moreover, the record provides suitable grounds for granting the motion.

The United States respectfully requests that the motion to dismiss be granted and the claims against the Defendants be dismissed.

Respectfully submitted this 4th day of May, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Stephen R. Hanson II*
STEPHEN R. HANSON II
Assistant United States Attorney

### Certificate of Service

I hereby certify that on May 4, 2022, I electronically filed and served the foregoing **Notice of Failure to Respond to Motion to Dismiss** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system as well as served a copy via first class, regular mail as follows:

**US Mail:**

Raymond D. Yowell
H.C. 30 Box 272
Spring Creek, NV 89815