Raymond D. Yowell, Plaintiff
H. C. 30 Box 272
Spring Creek, Nv. 89815
Ph. 775-744-4381

```
            FILED          RECEIVED
            ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD
               MAY 17 2022
          CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
          BY:                    DEPUTY
                  COPY RETURNED
```

UNITED STATES DISTRICT COURT
DRISTICT OF NEVADA

| | |
|---|---|
| Raymond D. Yowell, ) | |
| Plaintiff, ) | |
| vs. ) | |
| The Bureau of the Fiscal Service ) | Case no. – cv – 00288 – ART - CLB |
| and ) | |
| The Comptroller General of the ) | Motion and affidavit explaining the |
| United States, ) | delay in answering the U. S. Attorneys |
| Defendants. ) | motion to dismiss and stay this |
| | Case. |

    Comes now Raymond D. Yowell, the Plaintiff Pro Se, by and though himself, and files this motion and affidavit explaining why the Court has not received his answer to the United States Attorneys motion to dismiss this Case and stay all actions in this Case.

    See the enclosed affidavit explaining the reason why the Plaintiffs motion answering the United States Attorneys motion to dismiss this Case and motion to "stay all deadlines in this action " have not been received by the Court Clerk and the United States Attorney.

    Enclosed are copies of the Plaintiffs certified mail receipts and a copy of the return certified mail receipt from the Attorney General for the United Sates showing that it has received the Plaintiffs answer to the United States Attorneys motions.

                                            Respectfully submitted,

                                            *Raymond D. Yowell*

                                            Raymond D. Yowell, Plaintiff
                                            H. C. 30 Box 272
                                            Spring Creek, Nv. 89815
                                            Ph. 775-744-4381

## AFFIDAVIT

Comes now, one living, breathing man, Raymond D. Yowell, affiant herein, declares and testifies that the following is true and correct to the best of my knowledge.

( 1 ) Affiant is over the age of 21 years and competent to testify to the matter at hand.

( 2 ) Affiant has been an inhabitant of the State of Nevada for 92 years, having been born in Elko, Nevada on Sept. 23. 1929.

( 3 ) Affiant filed his Case, 3:21 cv – 00288 – ART – CLB, on June30, 2021.

( 4 ) The United States Attorney filed a motion to dismiss this Case on Apr. 11, 2022.

( 5 ) On Apr. 12, 2022, the Court issued a minutes of the Court asking the Plaintiff to submit a filing on his points and authorities within 14 days to the Court.

( 6 ) On Spr. 13, 2022, the United States Attorney filed a motion to " stay all deadlines in this action".

( 7 ) On Apr. 26, 2022, the affiant and Plaintiff answered the United States Attorneys motion to dismiss this Case and its motion for a stay on this Case. The affiant, in his answer to the two motions made by the United States Attorney, sent by certified mail, return receipt , included an extra copy of his answer to the Clerk of the Court and requested the Court Clerk to send back to him this extra copy after it was stamped filed by the Court Clerk.

( 8 ) The affiant waited for the Court Clerk to send back to him the extra copy of his answer to the United States Attorneys two motions to May 10, 2022. On May 10, 2022, fifteen days after his mailings of his answers to the Court Clerk and the United States Attorney, the affiant went to the United States post office where he had mailed his answer to the United States Attorneys motion to dismiss this Case and its motion for a stay n this case. The affiant presented his certified mail receipts to the post office worker and asked for the worker to trace these receipts and find out what happened to them. Upon tracing the affiants receipts, the post office worker informed him that the affiants mailings answering the United States Attorneys two motions were in the United States post office in Reno, Nevada. The post office worker did not find out why the affiants mailings answering the United States Attorneys two motions were being held there and had not been picked up by the Court Clerk and the United States Attorney.

( 9 ) The affiant testifies that he has received back from the Attorney General for the United States the certified mail return receipt signed by it showing that it has picked up the affiants answers to the United States Attorneys two motions. The affiant has attached to this affidavit a copy of this certified mail return receipt from the Attorney General for the United States and copies of the Plaintiffs certified mail receipts to the Court Clerk and the United States Attorney.

Page 1.

( 10 ) I, Raymond D, Yowell, the affiant herein, do hereby, forth with and to wit, testify that to the best of my knowledge all of the statements that I have made in this affidavit are true and correct.

And, further, the affiant saith not.

Dated this __12__ day of __May__, 2022, A. D.

Signed, __Raymond D. Yowell__
Affiant, Raymond D. Yowell.

ANGELA ABEYTA VALLES
Notary Public, State of Nevada
Appointment No. 12-8316-6
My Appt. Expires Jul 27, 2024

Sworn to and subscribed before me on the __12th__ day of __May__ 2022 A. D., a man known known as Raymond D. Yowell came before me and attested to the truth of this Affidavit with his signature.

Notary signature __Angela Abeyta Valles__

My commission expires on __7/27/2024__

Page 2.



## CERTIFICATE OF SERVICE

I, Raymond D. Yowell, the Plaintiff in Case no. 23:21 – cv – 00288 – ART – CLB, hereby certify under penalty of perjury, that on this __13TH__ day of __MAY__ 2022, I caused to be placed in the United States mail, certified mail with return receipt requested, to the entities listed below, my motion and affidavit explaining the reason of the delay in the Court Clerk and the United States Attorney in receiving my answers to the United States Attorneys motion to dismiss this Case and stay all deadlines in this action.

The Attorney General for the United States
U. S. Department of Justice
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

The United States Attorney
400 South Virginia Street
Suite 900
Reno, Nv. 89501

Signed,
*Raymond D. Yowell*
Raymond D. Yowell, Plaintiff
H. C, 30 Box 272
Spring Creek, Nv. 89815
Ph. 775-744-4381



7020 1290 0000 5178 5142

XRAYED US MARSHALS SERVIC



1000



89501



U.S. POSTAGE PAID
FCM LG ENV
SPRING CREEK, NV
89815
MAY 13, 22
AMOUNT
$8.56
R2304N117099-04

Clerk, U. S. District Court
District of Nevada
400 South Virginia
Rm. 301
Reno, Nv. 89501