Clerk, U. S. District Court  Dec. 28, 2022
District of Nevada
400 South Virginia Street, Rm. 301
Reno, Nv. 89501

Dear clerk,

    This concerns Case no. 3:21-cv-00288-ART-CLB.

    On July 13, 2022, the Court issued its Order stating, " The Court finds that no conflict of interest exists in relation to the Federal-Native trust."

    On July 26, 2022, I filed a motion to the Court to make clear the grounds on which it arrived in the Order of July 13, 2022, whereby the Court ruled that there exists no conflict of interest in this Case with the U. S. Attorney.

    I have not received any notification as to whether the Court has acted on my motion as of the date of this letter. Has the Court acted on the motion I made on July 26, 2022? If the Court has ruled on my motion, send it to me in the mail.

    If the Court has not ruled on my motion, what else is pending?

    Stamp this letter received and send it to me along with the information on the status of my July 26, 2022 motion.

Thank you,

Signed,

*Raymond D. Yowell*

Raymond D. Yowell, Plaintiff.

---

____ FILED   ✓ RECEIVED
____ ENTERED   ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 3 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Ray Yowell
HC 30 Box 272
Spring Creek, NV 89815



SALT LAKE CITY UT 840
30 DEC 2022 PM 1 L

Clerk, U. S. District Court
District of Nevada
400 South Virginia St. Rm. 301
Reno, Nevada, 89501

89501-215976

XRAYED US MARSHA

